UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS GOHL, | Case No. C10-1921-RAJ |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| MAGGIE MILLER-STOUT, | |
| Respondent. | |

The court has considered petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation (Dkt. # 13) of the Honorable James P. Donohue, petitioner's objection to the Report and Recommendation, and the governing authorities and the balance of the record. The court orders as follows:

(1)   The court adopts the Report and Recommendation.

(2)   The court DENIES the habeas petition and directs the CLERK to DISMISS this case with prejudice.

(3)   The court directs the clerk to enter judgment for respondent.

ORDER OF DISMISSAL
PAGE - 1

(4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, the court declines to issue a certificate of appealability.

(5) The court directs the clerk to send a copy of this Order to Judge Donohue.

Dated this 19th day of May, 2011.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 2